TIMONTY HENNIS,
        Petitioner,
    v.                                               **Judgment in a Civil Case**
FRANK HEMLICK; COLONEL PATRICK
PARRISH; GENERAL LLOYD J.
AUSTON, III; THE HONORABLE JOHN
MCHUGH,
        Respondents.                      Case Number: 5:09-HC-2169

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, on remand from the U.S. Court of Appeals for the Fourth Circuit.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on March 12, 2012, with service on:
 Eric J. Allen and William O. Richardson (via CM/ECF Notice of Electronic Filing)
Matthew Lee Fesak and R.A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)

March 12, 2012                                              /s/ Julie A. Richards
                                                                Clerk

Raleigh, North Carolina